## In the matter of the Petition of Jacob Bremer. On Appeal of Jacob Bremer, Appellant, v. William Murray, Appellee.

### Gen. No. 18,816.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. JOHN E. OWENS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed January 22, 1914.

### Statement of the Case.

Petition filed by Jacob Bremer in the County Court under the Insolvent Debtors' Act to be released from custody under a *capias ad satisfaciendum* issued upon a judgment of tort recovered against the petitioner in the Municipal Court of Chicago in an action brought by William Murray. From a judgment denying the petition, petitioner appeals.

GEORGE REMUS, for appellant.

KRUSE & PEDEN and R. C. MERRICK, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

1. EXECUTION, § 302*—*when evidence on question of malice for discharge from custody under a ca. sa.* On petition filed by a judgment debtor in the County Court under the Insolvent Debtor's Act,

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

J. & A. ¶ 6199, to be released from custody under a *capias ad satis-faciendum* issued on a judgment, refusal of court to permit the petitioner to show by evidence that malice was not the gist of the action for the reason that the judgment record was *res adjudicata* on the question, *held* proper.

2.   EXECUTION, § 295*—*when record of judgment conclusive on question of malice on petition for discharge from custody under a ca. sa.*   The record of a judgment in tort recovered against defendant in an action charging defendant with making fraudulent representations that a trust deed was first lien upon real estate described therein to induce the plaintiff to purchase the deed, *held* *res adjudicata* on the question whether malice was the gist of the action, it appearing that the jury returned a special finding and the court found that the misrepresentations were made with malicious and fraudulent intent.